**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 98-21034**
**Summary Calendar**

---

**In The Matter of: PANHANDLE SOUTHERN, INC.,**

**Debtor.**

---

**PANHANDLE SOUTHERN, INC.,**

**Appellant,**

**VERSUS**

**FIDELITY VENTURE INVESTMENTS, L.L.C.,**

**Appellee.**

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-3493)

---

June 25, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In February 1996, Panhandle Southern, Inc. ("Panhandle") filed a Chapter 11 bankruptcy proceeding which was subsequently converted to Chapter 7 and a trustee was appointed in March 1996. Fidelity Venture Investments, L.L.C. ("Fidelity") claimed liens against five separate properties owned by Panhandle. In June 1997, the trustee

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

filed an adversary proceeding seeking summary judgment to avoid Fidelity's liens.  The bankruptcy court denied the trustee's motions for summary judgment and granted Fidelity's Motion for Summary Judgment.  Panhandle appealed to the district court in September 1997.  The district court affirmed the bankruptcy court in all respects.  Panhandle timely appealed to this Court.

We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Order entered under date of September 30, 1998, we affirm the decision of the district court which affirms the bankruptcy court's judgment.

**AFFIRMED.**